Gennarelli et ux., Appellants, *v.* Marple Township Board of Adjustment.

Argued November 19, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Howard S. Marcu,* with him *Benson Zion,* and *Zion & Klein,* for appellants.

*Domenic D. Jerome,* for appellee.

OPINION PER CURIAM, January 15, 1969:
Order affirmed.
Mr. Justice ROBERTS would affirm on the opinion of the court below.